677 A.2d 836

**Robert M. CARPENTER and Merle R. Kintigh, Individually and t/d/b/a Kintigh and Carpenter, a/k/a Kintigh and Carpenter Fine Homes, Appellants,**

v.

**FEDERAL INSURANCE COMPANY; Bankers Standard Insurance Company; Insurance Company of North America; Erie Insurance Company; Ralph Michael Costello and Naomi S. Costello, his wife; Kintigh Construction, Incorporated; Cheryl L. Micklow, Administratrix of the Estate of Paul Micklow, t/d/b/a Micklow Electric Company; Halo Lighting, a Division of McGraw–Edison Company; Atlantic Inland, Incorporated, and Middle Atlantic Electrical Inspections, Incorporated, Appellees.**

Supreme Court of Pennsylvania.

Submitted May 2, 1995.

Decided June 25, 1996.

Robert P. Lightcap, Latrobe, for Robert M. Carpenter and Merle R. Kintigh.

George N. Stewart, Dara A. DeCourcy, Pittsburgh, for Halo Lighting.

James R. Silvis, Greensburg, for Middle Atlantic Elec.

Mark R. Hamilton, Pittsburgh, for Atlantic Inland, Inc.

R. L. McMillan, Pittsburgh, for Bankers Standard Ins. Co.

Dennis J. Slyman, Greensburg, for Erie Ins. Co.

Peter J. Hoffman, Catherine Hill Kunda, Elizabeth E. Davies, Philadelphia, for Bankers Standard Ins. Co. and Ins. Co. of North America.

Scott O. Mears, Richard F. Boyle, Jr., Greensburg, for Ralph M. & Naomi S. Costello.

## *ORDER*

PER CURIAM.

Appeal dismissed as having been improvidently granted.